Paul J. O'Rourke, Jr., #143951
 paul@pjorlaw.com
Law Offices of Paul J. O'Rourke, Jr.
7555 N. Palm Avenue, Suite 110
Fresno, California 93711
Telephone:    (559) 272-9670
Facsimile:    (559) 549-6224

David L. Emerzian, #222930
 david.emerzian@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants, LISA CARRINGTON, CHERI LUECK and DONALD ATKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>LISA CARRINGTON, an individual; CHERI LUECK, an individual; LAURA SANTOS, an individual; DONALD ATKINS, an individual; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 1:13-CV-00825-AWI-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br><br>Action Filed:    May 29, 2013<br>Trial Date:      Not assigned |

    Plaintiff, PRIMERICA LIFE INSURANCE COMPANY ("Plaintiff") and Defendants LISA CARRINGTON, CHERI LUECK and DONALD ATKINS ("Defendants"), by and through their respective attorneys, enter into the following stipulation.

### I.
### RECITALS

    The Court has issued an Order Setting Mandatory Scheduling Conference ("Order"). The Mandatory Scheduling Conference has been set for September 12, 2013.

    The Order states that the Court will be unable to conduct a Mandatory Scheduling

Conference until all Defendants have all been served with the summons and complaint.

Plaintiff has not yet served the summons and complaint on Defendant LAURA SANTOS ("Ms. Santos"). On August 19, 2013, Plaintiff's counsel sent a Waiver of the Service of Summons form to Ms. Santos, via Federal Express, along with a letter requesting that she sign the form and thereby accept service of the summons and complaint in this action. Ms. Santos has yet to return the signed form. If Ms. Santos does not return the signed form by October 1, 2013, Plaintiff will proceed to serve the summons and complaint on Ms. Santos by other means.

Defendants' counsel advised the Court that the parties request a 60 day continuance of the Mandatory Scheduling Conference in order for Plaintiff to effectuate service of the summons and complaint on Ms. Santos.

In response, the Court requested that the parties submit a stipulation and insert the date of November 14, 2013 at 11:00 a.m. as the continued date for the Mandatory Scheduling Conference. Any dates relating to the Mandatory Scheduling Conference will be controlled by the November 14, 2013 hearing date. No prior extensions of time for the Mandatory Scheduling Conference have been requested.

## II.
## STIPULATION

As a result of the foregoing, Plaintiff and Defendants hereby stipulate and agree as follows:

1. The Mandatory Scheduling Conference which is scheduled for September 12, 2013 shall be continued to November 14, 2013 at 11:00 a.m. in Courtroom 6 at the United States Courthouse, 2500 Tulare Street, Fresno, California.

2. Any and all dates relating to the Mandatory Scheduling Conference, including the date for Initial Disclosures under F.R.C.P. 26(a)(1), will be controlled by the November 14, 2013 hearing date.

3. This Stipulation may be executed in counterparts, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

**IT IS SO STIPULATED**.

Dated: August 23, 2013                                LAW OFFICES OF PAUL J. O'ROURKE, JR.


By:      /s/ Paul J. O'Rourke, Jr.
                Paul J. O'Rourke, Jr.
    Attorneys for Defendants LISA CARRINGTON,
        CHERI LUECK and DONALD ATKINS


Dated: August 23, 2013                                BARGER & WOLEN LLP


By:         /s/ Ophir Johna
                 Gail E. Cohen
                 Ophir Johna
       Attorneys for Plaintiff PRIMERICA LIFE
                INSURANCE COMPANY


### ORDER

Pursuant to the above Stipulation, and good cause appearing therefor, it is ordered that:

1. The Mandatory Scheduling Conference which is scheduled for September 12, 2013 shall be continued to November 14, 2013 at 11:00 a.m. in Courtroom 6 at the United States Courthouse, 2500 Tulare Street, Fresno, California.

2. Any dates relating to the Mandatory Scheduling Conference, including the date for Initial Disclosures under F.R.C.P. 26(a)(1), will be controlled by the November 14, 2013 hearing date.


IT IS SO ORDERED.

Dated:   August 28, 2013                     /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE