IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIMERICA LIFE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**LISA CARRINGTON, et. al,**<br><br>Defendants. | 1:13-cv-00825 AWI MJS<br><br>**ORDER STAYING MATTER WITH REGARD TO DEFENDANT DONALD ATKINS ONLY**<br><br>**[Doc. 23]** |

    This is an action for unjust enrichment against Defendants relating to the improper disbursement of life insurance proceeds. One of the named Defendants is Donald Atkins.

    The instant matter was filed on May 29, 2013, and on March 7, 2014 counsel for Defendant Atkins filed a notice of bankruptcy. (ECF No. 23.) Defendant Atkins indicates that he filed for bankruptcy on March 6, 2014. See id. On March 12, 2014, Plaintiff indicated that it would prefer the matter be stayed with regard to Defendant Atkins only, but proceed against the other defendants. (ECF No. 25.) Accordingly, the Court will stay all proceedings in this case relating to Defendant Atkins only. See 11 U.S.C. § 362(a).

The case is not stayed with regard to the remaining defendants.

Accordingly, IT IS HEREBY ORDERED that all proceedings in this case relating to Defendant Atkins are hereby STAYED pursuant to 11 U.S.C. § 362(a).

IT IS SO ORDERED.

Dated:   March 13, 2014                        /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE