Gail E. Cohen (093210), gcohen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Plaintiff
Primerica Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LISA CARRINGTON, an individual; CHERI LUECK, an individual; LAURA SANTOS, an individual; DONALD ATKINS, an individual; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO: 1:13-CV-00825-AWI-MJS<br><br>ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER REGARDING NON-DISCLOSURE OF CONFIDENTIAL INFORMATION |

Good cause having been shown, the Court orders that the terms of the parties' Stipulated Confidentiality Agreement and Protective Order Regarding Non-Disclosure of Confidential Information (ECF No. 31) shall govern the handling of such documents produced or disclosed by the parties in this case.

IT IS SO ORDERED.

Dated:　　April 8, 2014　　　　　　　　　　　　／s／ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1