Gail E. Cohen (093210), gcohen@mail.hinshawlaw.com
Ophir Johna (228193), ojohna@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
Primerica Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LISA CARRINGTON, an individual; CHERI LUECK, an individual; LAURA SANTOS, an individual; DONALD ATKINS, an individual; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO: 1:13-cv-00825-AWI-MJS <br><br> **STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE** <br><br> Current PTC:  January 28, 2015 <br> Requested Date: February 20, 2015 <br><br> Complaint Filed:  May 28, 2013 |

    Plaintiff Primerica Life Insurance Company ("Primerica") and Defendants Lisa Carrington, Cheri Lueck, and Laura Santos (collectively, "Defendants") hereby submit stipulate as follows:

    WHEREAS, the Court has scheduled a Pretrial Conference in this action for January 28, 2015;

    WHEREAS, Defendant Santos resides in the State of Washington, and her schedule does not allow her to appear in person for the Pretrial Conference on January 28, 2015;

    WHEREAS, Defendant Lisa Carrington started a new job on January 19, 2015, and her employer is unable to allow her to take an absence on January 28, 2015 to personally appear for the Pretrial Conference;

    WHEREAS, the Court's Deputy Clerk has indicated that the Court is currently available to hold a Pretrial Conference in this matter on February 20, 2015, should the Court approve this stipulation;

    NOW, THEREFORE, the parties stipulate, subject to the Court's approval, that the Pretrial Conference be continued to February 20, 2015 at 10:00 a.m.

    IT IS SO STIPULATED.

Dated:  January 21, 2015          HINSHAW & CULBERTSON LLP

                                          By:  */s/ Ophir Johna*
                                               GAIL E. COHEN
                                               OPHIR JOHNA
                                               Attorneys for Plaintiff Primerica
                                             Life Insurance Company

Dated:  January 21, 2015

                                          By:  */s/ Lisa Carrington*
                                             LISA CARRINGTON
                                             Defendant, in propia persona

Dated: January 21, 2015

By: /s/ Cheri Lueck
CHERI LUECK
Defendant, in propia persona

Dated: January 21, 2015

By: /s/ Laura Santos
LAURA SANTOS
Defendant, in propia persona

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court approves the stipulation of the parties to continue the Pretrial Conference, and hereby ORDERS as follows:

The Pretrial Conference is continued to February 20, 2015 at 10:00 a.m., in Courtroom 2.

IT IS SO ORDERED.

Dated:   January 23, 2015

SENIOR DISTRICT JUDGE