# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation, | CASE NO: 1:13-CV-00825-AWI-MJS |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE AS TO LISA CARRINGTON, LAURA SANTOS, AND CHERI LUECK ONLY** |
| LISA CARRINGTON, an individual; CHERI LUECK, an individual; LAURA SANTOS, an individual; DONALD ATKINS, an individual; and DOES 1-50, inclusive, | [FRCP 41(a)] |
| Defendants. | Complaint Filed:  May 28, 2013 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to Defendants Lisa Carrington, Laura Santos, and Cheri Lueck only.  Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  March 19, 2015                      _____
                                            SENIOR DISTRICT JUDGE

-1-

36030534v1